NO.
12-06-00169-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

LEON BRADFORD, JR.,    §          APPEAL
FROM THE 241ST

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of use or possession of identifying
information.  The trial court assessed
punishment at imprisonment for two years. 
We have received the trial court’s certification showing that this is a
plea bargain case and that Appellant waived his right to appeal.  See Tex.
R. App. P. 25.2(c)(3)(B). 
Accordingly, the appeal is dismissed for want of
jurisdiction.

Opinion delivered May 24,
2006.

Panel consisted of Worthen, C.J., Griffith, J., and
DeVasto, J.

 

 

 

 

 

 

(DO NOT PUBLISH)